IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-CV-924-MEF |
| | ) | |
| THE ADVERTISER COMPANY, d/b/a | ) | (WO) |
| THE MONTGOMERY ADVERTISER, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) With respect to all claims in this action, judgment is ENTERED in favor of Defendant The Advertiser Company, d/b/a The Montgomery Advertiser and against Plaintiff David Johnson, with Plaintiff taking nothing by his claims.

(2) Costs are TAXED in favor of The Advertiser Company, d/b/a The Montgomery Advertiser and against Plaintiff David Johnson for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 28th day of March, 2011.

                                                                               /s/ Mark E. Fuller
                                                    CHIEF UNITED STATES DISTRICT JUDGE